**Opinion issued June 26, 2025**



In The

# Court of Appeals

For The

## First District of Texas

————————————

## NO. 01-25-00153-CV

————————————

### SONYA CHANDLER ANDERSON, Appellant

### V.

### COMMISSION FOR LAWYER DISCIPLINE, Appellee

---

**On Appeal from the 190th District Court**
**Harris County, Texas**
**Trial Court Case No. 2023-37394**

---

### MEMORANDUM OPINION

Appellant, Sonya Chandler Anderson, has neither paid the required fees nor established indigence for purposes of appellate costs. *See* TEX. R. APP. P. 5, 20.1; *see also* TEX. GOV'T CODE §§ 51.207, 51.941(a), 101.041; Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and Before the Judicial

Panel on Multi-District Litigation, Misc. Docket No. 24-9047 (Tex. July 26, 2024).

Further, appellant has not paid or made arrangements to pay the fee for preparing

the clerk's record. *See* TEX. R. APP. P. 37.3(b). After being notified that this appeal

was subject to dismissal, appellant did not respond. *See* TEX. R. APP. P. 5, 42.3(b),

(c).

Accordingly, we dismiss the appeal for nonpayment of all required fees and

for want of prosecution. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Caughey and Johnson.